UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN A. SREDL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   vs. | )   No. 4:05CV585-DJS |
| | ) |
| DEERE & COMPANY, d/b/a John Deere, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

Pursuant to the jury's verdict returned this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendant Deere & Company and against plaintiff Steven A. Sredl on all counts of plaintiff's second amended complaint.

Dated this  23rd  day of August, 2007.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE